# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

131357

THOMAS D. MAYS, Special Personal
Representative of the Estate of Donna J.
Mays, Deceased,
          Plaintiff-Appellee,

v

MICHIGAN HEART, P.C., BRUCE
GENOVESE, M.D., TIMOTHY
SHINN, M.D., and MANSOOR A.
QURESHI, M.D.,
          Defendants-Appellants,

and

ST. JOSEPH MERCY HOSPITAL,
ST. JOSEPH MERCY HEALTH
SYSTEM, and MARY L. BENNETT,
R.N.,
          Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131357
COA: 261734
Washtenaw CC: 03-000933-NH

By order of October 17, 2007, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

l0519

Clerk